UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
DENNIS E. SMITH, On Behalf of Himself  )
and All Others Similarly Situated,             )
                          Plaintiff              )
                                                )
v.                                              )   C.A. No. 04-10708-RCL
                                                )
VASO ACTIVE PHARMACEUTICALS,   )
INC., STEPHEN G. CARTER and JOHN )
J. MASIZ, ET AL                                )
                          Defendants           )
_____)
                                                )
CHRISTOPHER PEPIN, Individually and  )
On Behalf of All Others Similarly Situated, )
                          Plaintiff              )
                                                )
v.                                              )   C.A. No. 04-10763-RCL
                                                )
VASO ACTIVE PHARMACEUTICALS,   )
INC., STEPHEN G. CARTER and JOHN )
J. MASIZ, ET AL                                )
                          Defendants           )
_____)
                                                )
KOUROSH ALIPOR, Individually and     )
On Behalf of All Others Similarly Situated, )
                          Plaintiff              )
                                                )
v.                                              )   C.A. No. 04-10877-RCL
                                                )
VASO ACTIVE PHARMACEUTICALS,   )
INC., STEPHEN G. CARTER and JOHN )
J. MASIZ, ET AL                                )
                          Defendants           )
_____)

|  |  |  |
|---|---|---|
| MODHI GUDE and ARJI GAUTHAMI, On Behalf of Themselves and All Others Similarly Situated,<br>                     Plaintiff<br>v.<br>VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER and JOHN J. MASIZ, ET AL<br>                     Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-10789-RCL |

## ORDER FOR CONSOLIDATION

It is hereby ordered that the above-captioned cases be and they hereby are consolidated for all purposes. The consolidated cases shall be captioned *"In Re Vaso Active Pharmaceuticals Securities Litigation"* and they will bear docket no. 04-10708-RCL. All of the individual cases, except case no. 04-10708-RCL, will be closed and terminated on the court's docket. All securities actions filed in this court, as related to the consolidated cases, will be consolidated with *In Re Vaso Active Pharmaceuticals Securities Litigation*.

SO ORDERED.

 /s/ REGINALD C. LINDSAY
United States District Judge

DATED: May 11, 2004